**LAW OFFICES OF RICHARD PACHTER**
RICHARD PACHTER (State Bar No. 120069)
richard@pachterlaw.com
400 Capitol Mall, Suite 1750
Sacramento CA 95814
Telephone:  (916) 485-1617
Facsimile:   (916) 379-7838

**VALLE MAKOFF LLP**
JOHN M. MOSCARINO (State Bar No. 122105)
jmoscarino@vallemakoff.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone:   (310) 476-0300
Facsimile:    (310) 476-0333

Attorneys for Defendants
Pension Consulting Alliance, Inc.
and Michael J. Moy

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION - ROYBAL FEDERAL BUILDING

| | |
|---|---|
| CESAR BAEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PENSION CONSULTING ALLIANCE, INC., and MICHAEL MOY, <br><br> Defendants. | Case No. 2:17-cv-1938 <br><br> Hon. R. Gary Klausner <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE** <br><br> Date:   July 12, 2017 <br> Time:  9:00 a.m. <br> Place:  Ctrm 850 <br>             Roybal Federal Bldg. |

The parties hereto, by and through their respective attorneys of record, hereby stipulate as follows:

1. On May 12, 2017, the parties met and conferred pursuant to Local Rule 7-3 in connection with the initial motions to be filed by defendants Pension Consulting Alliance, Inc. ("PCA") and Michael Moy ("Moy"), including a Special

Motion to Strike, a Motion to Dismiss, and a Motion to Stay ("the initial motions").

2. Although the parties were unable to resolve the issues raised by the initial motions, they were able to discuss their mutual desire to set a reasonable briefing schedule given, among other things, the time and effort that the parties expect to devote to the briefings, the parties' recognition that the initial motions may potentially have a significant impact on the future progress of this action, and the parties' desire to consider the complications in the calendars of all counsel in this case when setting a reasonable briefing schedule.

3. After discussing all of the factors described above, the parties agreed that PCA and Moy will set the initial motions for hearing on July 10, 2017, and that the following briefing schedule should apply: (1) the initial motions shall be filed on May 22, 2017; (2) all Opposition Papers shall be filed on or before June 12, 2017; and (3) all Reply Papers shall be filed on or before June 26, 2017.

Dated: May 22, 2017   MEYLAN DAVITT JAIN AREVIAN & KIM LLP

By: */s/ Benedetto L. Balding*
BENEDETTO L. BALDING
Attorneys for Plaintiff
Cesar Baez

Dated: May 22, 2017   LAW OFFICES OF RICHARD PACHTER
and
VALLE MAKOFF

By: */s/ John M. Moscarino*
JOHN M. MOSCARINO
Attorneys for Defendants
Pension Consulting Alliance, Inc. and Michael J. Moy

Pursuant to Local Rule 5-4.3.4(i), the filer hereto attests that all other signatories set forth below, and on whose behalf this filing is submitted, concur in the filing's contend and have authorized the filing.

1
**STIPULATION RE BRIEFING SCHEDULE**