Name and address:
MEYLAN DAVITT JAIN AREVIAN & KIM LLP
ROBERT L. MEYLAN (State Bar No. 144031)
VINCENT J. DAVITT (State Bar No. 130649)
444 South Flower Street, Suite 1850
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR BAEZ, an individual<br>Plaintiff(s),<br>v.<br>PENSION CONSULTING ALLIANCE, INC., and MICHAEL MOY,<br>Defendant(s), | CASE NUMBER<br>2:17-cv-1938<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $325 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Wurtzel, Joshua D.
*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

Schlam Stone & Dolan LLP
*Firm/Agency Name*

26 Broadway                                    (212) 344-5400                (212) 344-7677
New York, NY 100004                            *Telephone Number*           *Fax Number*
*Street Address*

New York, NY 10004                             jwurtzel@schlamstone.com
*City, State, Zip Code*                        *E-mail Address*

**I have been retained to represent the following parties:**

CESAR BAEZ                                     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*
                                               ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York State | Apr. 28, 2014 | Yes |
| U.S. District Court for the S.D.N.Y. | Sept. 9, 2014 | Yes |
| U.S. District Court for the E.D.N.Y. | Sept. 9, 2014 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated July 24, 2017

Joshua Wurtzel
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Meylan, Robert L.
*Designee's Name (Last Name, First Name & Middle Initial)*

MEYLAN DAVITT JAIN AREVIAN & KIM LLP
*Firm/Agency Name*

MEYLAN DAVITT JAIN AREVIAN & KIM LLP

444 South Flower Street, Suite 1850
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

(213) 225-6000
*Telephone Number*

(213) 225-6660
*Fax Number*

rmeylan@MDJAlaw.com
*E-mail Address*

144031
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated July 24, 2017

Robert L. Meylan
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JOSHUA D. WURTZEL

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 28, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**July 21, 2017**

Clerk of the Court

3715

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick,</u> Clerk of this Court, certify that

_____**JOSHUA WURTZEL**_____ , Bar # _____**JW5191**_____

was duly admitted to practice in this Court on

___**SEPTEMBER 09, 2014**___ , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   _____**JULY 18TH, 2017**_____

<u>Ruby J. Krajick</u>   by   _____
Clerk                         Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Douglas C. Palmer _____, Clerk of this Court,

certify that _____ Joshua Wurtzel _____, Bar # ____----____,

was duly admitted to practice in this Court on _____09/09/2014_____, and is in good standing as a member of the Bar of this Court.

Dated at  Brooklyn _____  on _____07/18/2017_____
              (Location)                                   (Date)


Douglas C. Palmer
*CLERK OF COURT*

Kwadel Webster
Kwadel Webster, *DEPUTY CLERK*