**LAW OFFICES OF RICHARD PACHTER**
RICHARD PACHTER (State Bar No. 120069)
 richard@pachterlaw.com
400 Capitol Mall, Suite 1750
Sacramento CA 95814
Telephone:  (916) 485-1617
Facsimile:   (916) 379-7838

**VALLE MAKOFF LLP**
JOHN M. MOSCARINO (State Bar No. 122105)
 jmoscarino@vallemakoff.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone:  (310) 476-0300
Facsimile:   (310) 476-0333

Attorneys for Defendants
Pension Consulting Alliance, Inc.
and Michael J. Moy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION -

ROYBAL FEDERAL BUILDING

| | |
|---|---|
| CESAR BAEZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>PENSION CONSULTING ALLIANCE, INC., and MICHAEL MOY,<br><br>        Defendants. | Case No. 2:17-cv-1938<br><br>Hon. R. Gary Klausner<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

The parties hereto, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties have met and conferred about (a) the substance of the Motion for Summary Judgment or, In The Alternative, Partial Summary Judgment to be filed by defendants Pension Consulting Alliance, Inc. ("PCA") and Michael Moy ("Moy") ("the Summary Judgment Motion"); (b) the briefing schedule for

the Summary Judgment Motion and (c) the hearing date for the Summary Judgment Motion.  In the meet and confer, the parties discussed the benefits of implementing effective case management procedures, accommodating the calendars of counsel, including counsel who do not reside in the Central District, and recognizing that, by its nature, the Summary Judgment Motion requires that both sides have more time than is otherwise required under the Court's local rules to effectively set forth their positions in writing.  The parties have also recognized that, for these reasons, it was in the best interest of plaintiff Cesar Baez ("Baez") to be provided with the memorandum of points and authorities in support of the motion prior to the expiration of 10 days after the meet and confer required by the Local Rules.  For these reasons, PCA and Moy (a) provided their memorandum of points and authorities in support of the Summary Judgment Motion to Baez on January 26, 2018, in advance of the time that it was due to be filed with the Court; and (b) thereafter filed the Motion for Summary Judgment and all supporting papers on January 31, 2018 and noticed it for March 19, 2018, with the understanding that the parties would notify the Court of certain scheduling problems in the calendar of Baez' lead counsel.

        2.      PCA and Moy noticed the hearing for March 19, 2018.  Thereafter, the Court advanced the hearing date to March 12, 2018.  After receiving the Court's order advancing the hearing, the parties met and conferred again.  After that meet and confer, the parties have jointly agreed that the following briefing schedule shall apply;

        (a)    Baez shall have to and including February 14, 2018 to file his opposition; and

        (b)    PCA and Moy shall have until February 26, 2018 to file their reply.

This briefing schedule allows for the briefing to be concluded two weeks before the rescheduled March 12, 2018 hearing date in accordance with the Local Rules.

3. The parties have agreed that they should apprise the Court of the current scheduling problems faced by out of town counsel which might affect the hearing date, but do not affect the agreed upon briefing schedule. Lead counsel for Plaintiff, Jonathan Mazer, is also trial counsel in the matter of <u>Maarten de Jong v. Wilco Faessen</u>, Index No. 655478/2016 (Sup. Ct. N.Y. Cty.), in which a jury trial is scheduled to start on March 7, 2018 in New York, and run well into the following week. Mr. Mazer's son's mother also has a previously-scheduled trip out of the country during the weeks of March 12, 2018 and March 19, 2018, returning by March 26, 2018, which requires that he be at home with his son throughout this entire time. For these reasons, Mr. Mazer, is unable to travel from New York for a hearing on March 12, March 19, or March 26, but would be available on March 27, 28, 29 or 30 if the Court were willing to hold an oral hearing on a weekday other than a Monday. Mr. Mazer is also available on April 2.

4. The parties request that if the Court is going to hear oral argument on the Summary Judgment Motion, it reschedule the hearing date for one of these dates. The parties would prefer a hearing on March 27, 28, 29, or 30, if the Court's calendar permits, given the April 24, 2018 trial date.

///

| | | |
|---|---|---|
| 1 | Dated: February 7, 2018 | MEYLAN DAVITT JAIN AREVIAN & KIM LLP |
| 2 | | and |
| 3 | | SCHLAM STONE & DOLAN LLP |

By: */s/ Samuel Butt*
    SAMUEL BUTT
    Attorneys for Plaintiff Cesar Baez

Dated: February 7, 2018    LAW OFFICES OF RICHARD PACHTER
    and
    VALLE MAKOFF

By: */s/ John M. Moscarino*
    JOHN M. MOSCARINO
    Attorneys for Defendants
    Pension Consulting Alliance, Inc. and Michael J. Moy

Pursuant to Local Rule 5-4.3.4(i), the filer hereto attests that all other signatories set forth below, and on whose behalf this filing is submitted, concur in the filing's contend and have authorized the filing.