**LAW OFFICES OF RICHARD PACHTER**
RICHARD PACHTER (State Bar No. 120069)
richard@pachterlaw.com
400 Capitol Mall, Suite 1750
Sacramento CA 95814
Telephone: (916) 485-1617
Facsimile: (916) 379-7838

**VALLE MAKOFF LLP**
JOHN M. MOSCARINO (State Bar No. 122105)
jmoscarino@vallemakoff.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333

Attorneys for Defendants
Pension Consulting Alliance, Inc.
and Michael J. Moy

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION - ROYBAL FEDERAL BUILDING

| | |
|---|---|
| CESAR BAEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PENSION CONSULTING ALLIANCE, INC., and MICHAEL MOY,<br><br>　　　　　Defendants. | Case No. 2:17-cv-1938<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT**<br><br>Date:　March 19, 2018<br>Time:　9:00 a.m.<br>Place:　Ctrm 850<br>　　　　Roybal Federal Bldg. |

　　　This action was taken under submission by the Court, on March 7, 2018, Hon. R. Gary Klausner, District Judge Presiding, on a Motion for Summary Judgment, or in the alternative, Partial Summary Judgment.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed on the merits. Defendants may move for anti-SLAPP attorneys' fees and costs by separate motion.

Dated: March 16, 2018

*/s/ Gary Klausner*

R. Gary Klausner