Name Schlam Stone & Dolan LLP
Address 26 Broadway, 19th Floor
City, State, Zip New York, New York 10004
Phone 212-344-5400
Fax 212-344-7677
E-Mail sbutt@schlamstone.com
☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CESAR BAEZ | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:17-CV-1938 |
| v. | |
| PENSION CONSULTING ALLIANCE, INC. and MICHAEL MOY | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____CESAR BAEZ_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Dkt. No. 105

☐ Other (specify):

Imposed or Filed on ___March 16, 2018___. Entered on the docket in this action on March 16, 2018.

A copy of said judgment or order is attached hereto.

April 16, 2018
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).